UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F i L e D**

Aug 27 2024

**Arthur Johnston, Clerk**

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

ANDREW MORGAN, #96188                                    PETITIONER

VS.                                          CIVIL ACTION NO. 5:23-CV-75-KS-MTP

BURL CAIN                                                RESPONDENT

### ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on July 29, 2024, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as finding of this Court, and the Complaint [1] is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 27th day of August, 2024.

/s/ Keith Starrett
UNITED STATES DISTRICT JUDGE